# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

FILED

MAY 16 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

**CR19 0231 SI**

DEMAURIAE NOLAN,

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
18 U.S.C. § 924(d) and 28 U.S.C.§ 2461(c) – Forfeiture Allegation

---

A true bill.

_____ Foreman

Filed in open court this __16th__ day of

May, 2019.

_____ Clerk

Bail, $ ~~SALLIE KIM~~   **NO PROCESS**
_____
United States Magistrate Judge

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. section 922(g)(1)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum penalty 10 years imprisonment. (18 U.S.C. section 924 (a)(2))
Maximum $250,000 fine (18 U.S.C. § 3571(b)(3))
Maximum three years' supervised release (18 U.S.C. § 3583(b)(2))
$100 special assessment (18 U.S.C. § 3013(a)(2)(A))

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAY 16 2019

DEFENDANT - U.S
▶ Demauriae Nolan

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER
CR19  0231  SI

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 3 19 70704 SK

Name and Office of Person Furnishing Information on this form    David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    AUSA Alex G. Tse

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year  May 6, 2019
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year  May 6, 2019

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

MAY 16 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEMAURIAE NOLAN, <br><br> Defendant. | CR19 0231 SI <br><br> VIOLATION: <br> 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; <br> 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation <br><br> SAN FRANCISCO |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about April 22, 2019, in the Northern District of California, the defendant,

DEMAURIAE NOLAN,

possessed a firearm, namely, one Glock, model 21, .45 caliber, black, and bearing serial number NYC158, and loaded with ammunition, namely, 12 rounds of .45 Auto caliber Winchester brand and 1 round of .45 Auto caliber Sig Sauer brand ammunition, all in and affecting interstate and foreign commerce, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, and did so knowingly, all in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT

<u>FORFEITURE ALLEGATION</u>:  (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

DEMAURIAE NOLAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

a. Glock, model 21, .45 caliber, black, and bearing serial number NYC158; and

b. All ammunition seized in or with the above firearm, including 12 rounds of .45 Auto caliber Winchester brand and 1 round of .45 Auto caliber Sig Sauer brand ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

///
///
///
///
///

INDICTMENT                                2

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: May 16, 2019

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
ALEX G. TSE
Assistant United States Attorney

INDICTMENT                             3