1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEX G. TSE (CABN 152348)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-6855
7         FAX: (415) 436-7234
          Alex.Tse@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>DEMAURIAE NOLAN,<br><br>　　　Defendant. | CASE NOS. CR09-0032 CRB; CR19-0231 SI<br><br>**DETENTION ORDER** |

On May 16, 2019, defendant DEMAURIAE NOLAN was charged by indictment with one count of felon in possession, in violation of Title 18 U.S.C. § 922(g)(1). See US v. Nolan, CR19-0231 SI. Also pending is a Form 12 violation in connection with US v. Nolan, CR09-0032 CRB. A notice of related cases was filed and is pending.

This matter came before the Court on May 23, 2019, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Daniel P. Blank. Assistant United States Attorney Alex G. Tse appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that, in light of the allegations of violations of the terms of supervised release,

the defendant has not presented clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in the matter CR19-0231 SI, and pending the proceedings regarding the supervised release violations in the matter CR09-0032 CRB.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, U.S.C. § 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: the defendant presents a danger to the community based on his record of prior convictions and on reports that he was seen in an area he was barred from entering and his arrest near that area related to the pending charge, and has failed to meet his burden by clear and convincing evidence that no condition will reasonably assure the safety of the community. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 24, 2019

*Sallie Kim*
HONORABLE SALLIE KIM
United States Magistrate Judge